IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Coyote Logistics, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Velle's Transportation, LLC <br><br> Defendant. | Court No.: <br><br> Judge: <br><br> **Jury Trial Demanded** |

## COMPLAINT

NOW COMES the Plaintiff, COYOTE LOGISTICS, LLC ("Plaintiff") by and through its attorneys, CANTY NOVY BERTKAU GORDON, LLC, and as and for its Complaint against Defendant, VELLE'S TRANSPORTATION, LLC ("VELLE'S TRANSPORTATION"), states as follows:

## THE PARTIES

1. At all times relevant, Plaintiff was a Limited Liability Company authorized by the Federal Motor Carrier Safety Administration ("FMCSA") to arrange for the transportation of freight by motor carrier in interstate and foreign commerce with its principal place of business in Chicago, Illinois.

2. At all times relevant, Velle's Transportation was an Illinois limited liability company and federally authorized motor carrier providing transportation services in interstate commerce throughout the United States with its principal place of business in Joliet, Illinois.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337, 49 U.S.C. § 14706 as the claim for relief is premised in the liability of motor carriers transporting freight in interstate

commerce and which conduct business in this District.

4. Venue is also appropriate in this District because Plaintiff and Velle's Transportation entered into a Broker-Carrier Agreement in effect at the time of the incident that requires all legal actions between Plaintiff and Velle's Transportation to be brought and maintained in Cook County, Illinois. A true and correct copy of the Broker-Carrier Agreement is attached hereto as Exhibit 1.

## THE INCIDENT AND CARGO CLAIM

5. On or about July 22, 2022, Plaintiff, in its capacity as a freight broker, on behalf of its customer, Armada, tendered a shipment of foodstuffs to Velle's Transportation for transportation in interstate commerce from Romeoville, Illinois to Ypsilanti, Michigan.

6. At the time the shipment was tendered to and received by Velle's Transportation Velle's Transportation it was in good order and condition as acknowledged on the Bill of Lading issued for the shipment.

7. During transit, the Carrier failed to maintain the temperature as required by the Bill of Lading.

8. Upon arrival at the facility, the reefer revealed the trailer and cargo were off-temperature, and the foodstuffs were refused as unusable.

9. The value of the rejected foodstuffs, as shown on the customer claim form, was $45,445.19. The freight charge was $1,300.

10. Plaintiff has paid EBY-Brown Company, LLC, the customer/owner of the shipment $46,745.19 in exchange for the assignment of all of its rights, title, and interest in the shipment and claim for prosecution and collection of the cargo loss. (*See* Assignment of Claim, attached hereto as Exhibit 2).

## COUNT I- CARMACK AMENDMENT LIABILITY

11. Plaintiff restates and re-alleges Paragraphs 1-10 as Paragraph 11 as if fully set forth herein.

12. The subject shipment involves the transportation of goods by motor carrier in interstate commerce.

13. On or about July 22, 2022, Velle's Transportation received and accepted the subject shipment in good order and condition and suitable in every respect for the subject transportation.

14. Due to the failure to ship the load of foodstuffs at the required temperature, which resulted in loss to the shipment, Velle's Transportation failed to deliver the shipment in good order and condition to the consignee, EBY-Brown Company LLC.

15. Pursuant to 49 U.S.C. § 14706 (the "Carmack Amendment"), Velle's Transportation, the motor carrier, is liable for damages for the loss to the shipment and consequential damages.

16. Plaintiff, as the assignee of the claim, demanded, and continues to demand, payment for the cargo loss and consequential damages from Velle's Transportation.

17. To date, Velle's Transportation has failed to remit payment to Plaintiff.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC respectfully requests this Honorable Court enter Judgment in its favor in the amount of $46,745.19 against Defendant, VELLE'S TRANSPORTATION, LLC, plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

## COUNT II - BREACH OF INDEMNIFICATION AGREEMENT – IN THE ALTERNATIVE

18. Plaintiff restates and re-alleges Paragraphs 1-10 as Paragraph 18 as if fully set forth herein.

19. At all times relevant, there was a Broker-Carrier Agreement entered into between

Plaintiff and Velle's Transportation. *See* Ex. 1.

20. At all times relevant, Plaintiff performed all conditions precedent to the Agreement.

21. Paragraph 12 of the Broker-Carrier Agreement requires VELLE'S TRANSPORTATION to be responsible for and to defend and indemnify Plaintiff against all claims, including losses or damages to cargo shipped under the Broker-Carrier Agreement. *See* Ex. 1 at ¶ 12.

22. Plaintiff demanded, and continues to demand, that Velle's Transportation indemnify Plaintiff in the amount of $46,745.19.

23. Velle's Transportation is in breach of its agreement with Plaintiff, by failing to indemnify Plaintiff.

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC respectfully requests this Honorable Court enter Judgment in its favor in the amount of $46,745.19 against Defendant, VELLE'S TRANSPORTATION, LLC, plus costs, attorneys' fees, and interest, and for any other relief deemed just under the circumstances.

Dated this 20th day of August, 2023

Respectfully submitted,

Plaintiff, COYOTE LOGISTICS, LLC

/s/ *Nicky M. Priovolos*
One of its Attorneys
CANTY NOVY BERTKAU GORDON, LLC

Nicky M. Priovolos (ARDC #6321326)
Bradley A. Bertkau (ARDC #6295889)
Canty Novy Bertkau Gordon, LLC
65 E. Wacker Place #1220
Chicago, IL 60601
P: (847) 625-8200
Service@cnbglaw.com