IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COYOTE LOGISTICS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VELLE'S TRANSPORTATION, LLC,<br><br>　　　　Defendant. | Court No.: 23 CV 5594<br><br>Judge: Hon. Edmond E. Chang |

## PLAINTIFF, COYOTE LOGISTICS, LLC,'S MOTION FOR DEFAULT JUDGMENT IN A SUM CERTAIN

NOW COMES Plaintiff, COYOTE LOGISTICS, LLC, by and through its attorneys, CANTY NOVY BERTKAU GORDON, LLC, and, pursuant to Federal Rule of Civil Procedure 55 moves this Honorable Court for Default against Defendant, VELLE'S TRANSPORTATION, LLC. In support thereof, Plaintiff states as follows:

1. On August 16, 2023, Plaintiff, COYOTE LOGISTICS, LLC, ("COYOTE"), filed a Complaint against Defendant, VELLE'S TRANSPORTATION, LLC. *See* Dkt. #1.

2. On October 4, 2023, a Summons and Complaint were properly served upon Defendant, VELLE'S TRANSPORTATION, LLC, with an individual authorized to accept service for the company. See Dkt. #9.

3. That VELLE'S TRANSPORTATION, LLC's answer was due by October 25, 2023. *See* Dkt. #9.

4. To date, VELLE'S TRANSPORTATION, LLC, has failed to appear, answer or otherwise plead in response to such service. Nor has counsel requested additional time to do so.

5. That the Undersigned has reviewed the Court's docket and file in this matter and as of the filing of this Motion for Entry of Default, no Appearance or responsive pleading is on file for VELLE'S TRANSPORTATION, LLC. (See **Exhibit A**, Declaration of Nicky Priovolos).

6. That Defendant, R&J Freight, is a corporation and therefore military service is inapplicable.

7. That Plaintiff suffered damages in the amount of $46,745.19 for the subject cargo loss. *See* Declaration of Rick Hood, Coyote Logistics, attached hereto as **Exhibit A.**

8. That Plaintiff incurred costs in the amount of $556.38. *See* Declaration of Nicky Priovolos, attached hereto as **Exhibit B.**

WHEREFORE, Plaintiff, COYOTE LOGISTICS, LLC, respectfully moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 55, to enter an Order of Default Judgment against Defendant, VELLE'S TRANSPORTATION, LLC, in the amount of $47,301.57, and for any further relief this Honorable Courts deems just and equitable.

Dated this 4th day of, 2023

Respectfully Submitted,

Plaintiff, COYOTE LOGISTICS, LLC

/s/ Nicky M. Priovolos
One Of Its Attorneys
CANTY NOVY BERTKAU GORDON, LLC

Bradley A. Bertkau (ARDC #6295889)
Nicky M. Priovolos (ARDC #6321326)
Canty Novy Bertkau Gordon, LLC
65 E. Wacker Place #1220
Chicago, IL 60601
P: (847) 625-8200
Service@cnbglaw.com

2