# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Coyote Logisitcs LLC

                              Plaintiff,

v.                                             Case No.: 1:23−cv−05594

                                                          Honorable Edmond E. Chang

Velle's Transportation, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 14, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: In the absence of a timely response to the complaint, and based on a review of the affidavits and exhibits attached to the Plaintiff's motion for default judgment, the motion is granted in the amount of $47,301.57. A separate AO−450 judgment shall be entered. The tracking status hearing of 12/15/2023 is vacated. Civil case terminated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.