# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Coyote Logistics LLC,

Plaintiff(s),

v.

Velle's Transportation, LLC,

Defendant(s).

Case No. 23 C 5594
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of the Plaintiff Coyote Logistics LLC and against the Defendant Velle's Transportation, LLC in the amount of $47,301.57.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for default judgment.

Date:   12/14/2023

Thomas G. Bruton, Clerk of Court

/s/ Michael Wing, Deputy Clerk